

**FASULO GIORDANO & DI MAGGIO, LLP**
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

November 4, 2025

Hon. Denise L. Cote
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.
Denise Cote
11/5/25

Re:   **United States v. Andre Bethea**
      *Case No.: 25 Cr. 484*

Dear Judge Cote,

    I was recently assigned to represent Andre Bethea, who has a conference scheduled for tomorrow, November 5, 2025. As I previously indicated to the Court, I will be unavailable to attend tomorrow's conference due to a prior scheduled commitment. I respectfully request the Court permit co-counsel David Touger to stand-in for me during the conference.

    I thank the Court for its consideration of this matter.

Respectfully submitted,

*Louis V. Fasulo*
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:   All via ECF