UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

UNITED STATES OF AMERICA,

-v-

ANDRE BETHEA,

Defendants.

---------------------------------------X

S1 25cr484-11(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the September 4, 2026 conference, scheduled in the August 28 Order, is rescheduled to **Thursday, September 3 at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
September 1, 2026

DENISE COTE
United States District Judge